SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MANI DENG,

Defendant.

4:22CR3009

INDICTMENT

18 U.S.C. §§ 922(a)(6) and 924(a)(2)

The Grand Jury charges that

## COUNT I

On or about November 8, 2021, in the District of Nebraska, defendant MANI DENG, in connection with the acquisition of firearms from Omaha Scheels; a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; knowingly made a false and fictitious written statement to Omaha Scheels; which statement was intended and likely to deceive Omaha Scheels as to a fact material to the lawfulness of such attempted acquisition of firearms to the defendant under chapter 44 of Title 18, in that Defendant MANI DENG executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473; and stated that his current address was 1112 N. 28th Street, Lincoln, Nebraska, when in fact as Defendant MANI DENG then knew that his current address was not 1112 N. 28th Street, Lincoln, Nebraska.

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

DANIEL PACKARD, #21991
Assistant U.S. Attorney