# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:22CR3009 |
| Plaintiffs, | |
| vs. | WAIVER |
| MANI DENG, | |
| Defendant. | |

Defendant hereby states Defendant:

1) has read, reviewed, and understands the pending Indictment;

2) has consulted with counsel regarding the pending charges; and

3) agrees to be federally detained on those charges without a hearing; and

4) pursuant to 28 USC § 1746, Defendant declares under penalty of perjury:

I have read the statements contained within this document, the statements are true, and they are hereby knowingly, intelligently, and voluntarily presented to the court in support of Defendant's request to waive the right to a detention hearing on the pending charges.

Dated: 2/18/22

Mani Deng, Defendant

Dated: 2/18/2022

Jessica Milburn, Defense Counsel

2

IT IS ORDERED:

The Defendant's waiver of detention is knowing, intelligent, and voluntary and is hereby accepted and approved.

February 18, 2022.

_____
United States Magistrate Judge