IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22CR3009 |
| vs. | |
| MANI DENG, | ORDER |
| Defendant. | |

Upon consideration of the defendant's concerns as stated during the hearing held today,

IT IS ORDERED that Defendant's request for new counsel and counsel's motion to withdraw in response to that request, (Filing No. 25), is denied.

Dated this 30th day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge