IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MANI DENG,

        Defendant.

4:22-CR-3009

ORDER

IT IS ORDERED:

1. The Request for Transcript (filing 84) is granted.

2. The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3. The requestor shall be responsible for the cost of the transcripts.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 3rd day of October, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or Lisa_Grimminger@ned.uscourts.gov.